# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAWRENCE ALVIN BULLOCK, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV845 |
| | ) | |
| HENRY GALLEWAY, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE

This matter comes before the Court *sua sponte*. Plaintiff initiated this action by filing a Complaint on October 6, 2014. (Docket Entry 1.) The Court entered an order staying this case to allow Plaintiff time to pay the filing fee, or to submit an application to proceed *in forma pauperis*. (Docket Entry 2.) The order also forewarned Plaintiff that this action may be dismissed without further notification for failing to comply with the order. (*Id.*) To date, Plaintiff has not complied with the previous Court order in that he failed to pay the filing fee, or to submit an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the previously ordered stay is lifted. **IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**.

Joe L. Webster
United States Magistrate Judge

March 31, 2015
Durham, North Carolina